SILVERT HOLLESEN *et al.*

*v.*

THE CITY OF CHICAGO.*

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Kuester* v. *City of Chicago,* (*ante,* p. 21.)

WRIT OF ERROR to the County Court of Cook county; the Hon. C. F. WHEAT, Judge, presiding.

HUFF & COOK, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: The above case, and the three decided with it, are writs of error to reverse judgments of confirmation of special assessments levied under ordinances of the defendant city, providing for the improvement of certain of the streets of the city. The objection to the sufficiency of the ordinances is the same in each cause,. viz., that the size or quality of the flat stones on which the curb-stones are to be bedded is not specified, being the precise objection sustained by this court in *Lusk* v. *City of Chicago,* 176 Ill. 207. The argument and suggestion in behalf of the city are the same as those considered and disposed of in the opinion in the case of *Kuester* v. *City of Chicago,* (*ante,* p. 21.)

The judgment in each of the said cases is reversed, and the causes are respectively remanded for such other and further proceedings as to law and justice shall appertain.

*Reversed and remanded.*

*With this case are decided No. 897, *Decker* v. *City of Chicago;* No. 942, *Cruickshank* v. *Same;* and No. 957, *Arias* v. *Same.*